# EXHIBIT B

COMMONWEALTH OF KENTUCKY
HARDIN CIRCUIT COURT
DIVISION III
CASE NO. 19-CI-00013
*Electronically Filed*

**KABUKI INDUSTRIES, INC.**                                            **PLAINTIFF**

v.

**LIBERTY MUTUAL INSURANCE**                                           **DEFENDANT**

**NOTICE OF FILING NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1446(d), Defendant Ohio Security Insurance Company (improperly named in the Complaint as "Liberty Mutual Insurance") files with this Court a copy (attached hereto) of its Notice of Removal to the United States District Court for the Western District of Kentucky, Louisville Division.

The filing of this Notice with the Clerk of the Hardin Circuit Court removes this action to the United States District Court and this Court "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Respectfully submitted,

FROST BROWN TODD LLC

/s/ *Douglas W. Langdon*
Douglas W. Langdon
J. Kendrick Wells IV
400 W. Market Street, 32nd Floor
Louisville, KY 40202
Phone: 502-589-5400 | Fax: 502-581-1087
E-mail: dlangdon@fbtlaw.com
         kwells@fbtlaw.com

*Counsel for Ohio Security Insurance Company
and Liberty Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using the Court's eFiling system, which will automatically send a Notice of Electronic Filing to all registered users, and I also served a copy of the foregoing document by U.S. Mail and electronic mail to the following:

Dwight Preston
LEWIS & PRESTON, PLLC
102 W. Dixie Ave.
Elizabethtown, KY 42701
dpreston@lewisandpreston.com
*Counsel for Plaintiff*

       /s/ *Douglas W. Langdon*
       *Counsel for Ohio Security Insurance Company*
       *and Liberty Mutual Insurance Company*