# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | | |
|---|---|---|
| KABUKI INDUSTRIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | *Filed Electronically* |
| | ) | |
| v. | ) | Civil Action No. 3:19-cv-00063-BJB-LLK |
| | ) | |
| OHIO SECURITY INSURANCE COMPANY | ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE

In its February 16, 2021 Order [DN 33], the Court granted Defendant's motion for partial summary judgment, and dismissed "Count One" of Plaintiff's Complaint in this action. This matter is now before the Court upon the agreement and stipulation, signed by all parties who have appeared, to dismiss this action and all of Plaintiff's remaining claims in their entirety, with prejudice. The Court, being sufficiently advised, orders as follows:

**IT IS HEREBY ORDERED** that all remaining claims asserted in the above-captioned action are hereby **DISMISSED** in their entirety **WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees.

Agreed to and respectfully submitted by:


 /s/ *Dwight Preston* (with permission)
Dwight Preston
LEWIS & PRESTON, PLLC
102 W. Dixie Ave.
Elizabethtown, KY 42701
Phone: (270) 765-4106 | Fax: (270) 737-0443
E-mail: dpreston@lewisandpreston.com

*Counsel for Plaintiff, Kabuki Industries, Inc.*



 /s/ *Kendrick Wells IV*
Douglas W. Langdon
J. Kendrick Wells IV
FROST BROWN TODD LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40202
Phone: 502-589-5400 | Fax: 502-581-1087
E-mail: dlangdon@fbtlaw.com
         kwells@fbtlaw.com

*Counsel for Defendant,*
*Ohio Security Insurance Company*